# LEE LITIGATION GROUP, PLLC
### 148 WEST 24TH STREET, 8TH FLOOR
### NEW YORK, NY 10011
### TEL: 212-465-1180
### FAX: 212-465-1181
### INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

December 5, 2019

**VIA ECF**
The Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: DEC 0 6 2019

Re:   *Valera et al v. CJ Restaurant Company Inc. et al*
Case No. 1:19-cv-6392-GBD

Dear Judge Daniels:

We are counsel to Plaintiff in the above-referenced matter. We write, jointly with Defendants, to respectfully request extending the time to file the fairness by one (1) week. The reason for this request is to allow the parties to execute the finalized settlement agreement. The agreement is currently out for execution with Defendants.

This is the parties' first request for the relief requested herein. Currently, the deadline to file the fairness is December 4, 2019.

We thank Your Honor for considering this matter.

Respectfully submitted,
*/s/ C.K. Lee*
C.K. Lee, Esq.
cc:   all parties via ECF