**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 1 2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROGER VALERA, *on behalf of themselves and*
*FLSA Collective Plaintiffs*, and MARCO
RODRIGUEZ, *on behalf of themselves and FLSA*
*Collective Plaintiffs*,

                    Plaintiffs,

          -against-

CJ RESTAURANT COMPANY INC. and EUN
KYUNG KIM,

                    Defendants.

ORDER

19 Civ. 6392 (GBD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The parties in the above-mentioned FLSA consolidated actions have reached a settlement and jointly move for an order approving the settlement. (ECF No. 17.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiffs in the amount of $7,000 is approved;

2. The payment of attorneys' fees and costs to Plaintiffs' attorneys in the amount of $4,000 is approved; and

3.  This action is dismissed with prejudice and without costs to any party, other than to the

extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
      January 21, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge